B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Arizona

| | | | |
|---|---|---|---|
| In re | **Dexter Ruiz** | Case No. | **2:20-bk-02380** |
| | Debtor(s) | Chapter | **7** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) -

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **2,735.00** |
   | Prior to the filing of this statement I have received | $ | **400.00** |
   | Balance Due | $ | **2,335.00** |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Debtor and Attorney has entered into two separate fee agreements. The first was signed pre-petition for thefiling of a skeletal bankruptcy petition, and the second fee agreement was signed post-petition for the completion remaining schedules and statements, representation at the 341 meeting of creditors, and other legal services outlined in the fee agreement and this disclosure.**
   **Counsel has not agreed to render legal services for Representation of the Debtor(s) in any dischargeability actions, lien avoidances, objections to proofs of claims, relief from stay actions, revocation of discharge proceedings, order to show cause actions, adversary proceedings, matters relating to motions filed by the Debtor(s) Pro Se, or the matters described below**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **By agreement with the debtor(s), the above-disclosed fee does not include the following services:(1) lien avoidance actions (hourly); (2) motions for relief from, or continuance, defense or enforcement of the Automatic Stay (hourly); (3) motions to redeem personal property; (4) objections to proofs of claims(hourly); (5) contested matters or adversary proceedings (hourly); (6) contested matters regarding Debtor's claim of exempt property (hourly); (7) amendments to petition, statements, schedules or other documents filed with the petition based on any omissions of the Debtor(s)(hourly);(8) motions to continue the 341 meeting of creditors and/or appearing at a continued 341 hearing due to client's failure to appear ($365); (9) motions or adversary complaints to abandon/sell/purchase/refinance property (hourly); (10) re-opening a bankruptcy case to submit a post-filing proof of pre-discharge counseling ($640); (11) dischargeability actions, revocation of discharge proceedings, motions to compel and show cause proceedings (hourly); (12) issues that arise that are not specifically listed in the Agreement (hourly). Hourly rates are $350.00 per hour for attorney time and $150.00 per hour for paraprofessional time billed in 6-minute increments. Stay Violations, Discharge Injunction Violations and Consumer Violation Protection Prosecution are billed as follows: the greater of: (A) The firm's hourly rates multiplied times the time spent on the matter, OR (B) Forty (40) percent of the gross amount recovered. Costs and expenses advanced by counsel are deducted from Debtor(s)' portion of any settlement proceeds after the contingency amount has been calculated. If the firm loses a lawsuit brought on the Debtor's behalf, then Debtor will not be obligated to pay any fee or costsBy agreement with the debtor(s), the above-disclosed fee does not include the following services:(1) lien avoidance actions (hourly); (2) motions for relief from, or continuance, defense or enforcement of the Automatic Stay (hourly); (3) motions to redeem personal property; (4) objections to proofs of claims(hourly); (5) contested matters or adversary proceedings (hourly); (6) contested matters**

| In re | **Dexter Ruiz** | Case No. | **2:20-bk-02380** |
|---|---|---|---|
| | Debtor(s) | | |

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) -
(Continuation Sheet)

**regarding Debtor's claim of exempt property (hourly); (7) amendments to petition, statements, schedules or other documents filed with the petition based on any omissions of the Debtor(s)(hourly);(8) motions to continue the 341 meeting of creditors and/or appearing at a continued 341 hearing due to client's**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **March 9, 2020** | **/s/ Dominic Majors** |
|---|---|
| *Date* | **Dominic Majors 35020** |
| | *Signature of Attorney* |
| | **Majors Law Group, P.C.** |
| | **4667 S. Lakeshore Drive, Suite 5** |
| | **Tempe, AZ 85282** |
| | **602-892-1111   Fax: 602-773-1131** |
| | **dominic@majorslawgroup.com** |
| | *Name of law firm* |